Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-11-00026-CR

The **STATE** of Texas,
Appellant

v.

Raymond **MIRELEZ**,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR8753B
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  July 6, 2011

MOTION TO DISMISS GRANTED; APPEAL DISMSSED

The State of Texas filed a notice of appeal from the trial court's order granting appellee

Raymond Mirelez's motion for new trial.  The State has now filed a motion to dismiss its appeal.

We grant the State's motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish